**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GERARDO HERRERA,

    Plaintiff,

v.                                    No. CV 20-142 CG/GBW

BERKLEY REGIONAL INSURANCE COMPANY,

    Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (b)(3) and Rule 72(b) of the Federal Rules of Civil Procedure, *Plaintiff's Motion to Amend Complaint*, (Doc. 122), is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition. Magistrate Judge Gregory B. Wormuth shall submit to Chief Magistrate Judge Carmen E. Garza an analysis, including findings of fact, if necessary, and recommended disposition, with copies provided to the parties.

The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1). Objections shall be filed within fourteen (14) days after being served with a copy of the proposed disposition. A party shall waive the right to challenge Magistrate Judge Gregory B. Wormuth's findings and recommendation if the party does not file timely and specific objections. *See Martinez v. Barnhart*, 444 F.3d 1201, 1208 (10th Cir. 2006); *Soliz v. Chater*, 82 F.3d 373, 375 (10th Cir. 1996).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE