IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERARDO HERRERA,

    Plaintiff,

v.                                                                     No. CV 20-142 CG/GBW

BERKLEY REGIONAL INSURANCE
COMPANY,

    Defendant.

## ORDER VACATING TRIAL AND PRETRIAL CONFERENCE

**THIS MATTER** is before the Court upon review of the record and notice that this matter has settled. *See* (Doc. 188).

**IT IS HEREBY ORDERED** that the pretrial conference set for December 21, 2021, at 1:30 p.m., and the Jury Trial scheduled to commence on January 10, 2022, at 9:00 a.m., are **VACATED**.

**IT IS FURTHER ORDERED** that all pretrial and trial scheduling deadlines associated with the Court's *Order Setting Jury Trial*, (Doc. 177 at 4), are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE