IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERARDO HERRERA,

    Plaintiff,

v.                                                       No. CV 20-142 CG/GBW

BERKLEY REGIONAL INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Dismiss with Prejudice* (the "Stipulation"), (Doc. 191), filed November 18, 2021. The Court, having reviewed the Stipulation, finds it shall be **APPROVED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Complaint*, (Doc. 2 at 6), is dismissed with prejudice, along with all causes of action that were or could have been alleged therein. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE